IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dean Joseph Woodburn,<br><br>    Petitioner,<br><br>vs.<br><br>Terry L. Stewart; Dora B. Schriro,<br><br>    Respondents. | No. CV 01-2525 PHX-NVW (VAM)<br><br>**ORDER** |

    Before the court are Petitioner's Motion for Release Pending a Decision in This Case (doc. # 62), United States Magistrate Judge Virginia A. Mathis' Report and Recommendation (doc. # 64), Petitioner's Objection to Report and Recommendation of Magistrate (doc. # 66), and Respondents' Response to Petitioner's Objection to Report and Recommendation of Magistrate (doc. # 69).

    The court has considered Petitioner's Objection and Respondents' Response thereto and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The court agrees with the magistrate judge's determinations, accepts her recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1    IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate
2 Judge Mathis (doc. # 64) is accepted.
3    IT IS FURTHER ORDERED that Petitioner's request for an evidentiary hearing on
4 the issue of release from custody pending resolution of the habeas petition is denied.
5    IT IS FURTHER ORDERED that Petitioner's Motion for Release Pending a Decision
6 in This Case (doc. # 62) is denied.
7    DATED this 16th day of May 2006.

_____
Neil V. Wake
United States District Judge